No. 93–1154. BEER, MANAGER OF REVENUE, CITY AND COUNTY OF DENVER, COLORADO *v.* CONTINENTAL AIRLINES

INC. ET AL. C. A. 3d Cir. Certiorari denied.